**Approved. So Ordered.**

***s/Dan Aaron Polster***
**DAN AARON POLSTER**
**U.S. DISTRICT JUDGE**

**Date: 8/25/2026**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*South Florida Behavioral Health Network v. Endo Health Solutions, Inc., et al.*<br>*Case No. 1:19-op-46070* | **MDL No. 2804**<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff South Florida Behavioral Health Network hereby dismisses its claims against all defendants with prejudice, with each party to bear its own fees and costs.

Dated this 25th day of August 2026.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed this document with the Clerk of Court and served all counsel of record via the CM/ECF filing system on August 25, 2026.

Respectfully submitted,

*s/ J. Eric Romano*
J. Eric Romano
ROMANO LAW GROUP
2701 Okeechobee Blvd.
West Palm Beach, FL 33409
(561) 533-6700
eric@RomanoLawGroup.com
Counsel for South Florida Behavioral Health Network

`